## SALLY & FITCH LLP
COUNSELORS AT LAW
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804

TEL: (617) 542-5542
FAX: (617) 542-1542

ROBERT M. MENDILLO
rmm@sally-fitch.com

56 PINE STREET
PROVIDENCE, R.I. 02903
TEL: (401) 521-6500
FAX: (401) 274-2780

April 5, 2005

Anthony Anastas, Esquire
Clerk
United States District Court
U.S. Courthouse, Suite 2300
1 Courthouse Way
Boston, MA 02210

> Re:   Steven J. Kelley, as Trustee of CC Realty Trust v.
>       Vermont Mutual Insurance Company
>       U.S.D.C, C.A. No. 05-CV10602MLW

Dear Mr. Anastas:

I represent the plaintiff in the above-referenced case.

I recently received notice of electronic filings at my former law firm.

Please note for the court's records the following current contact information for me:

> Sally & Fitch
> 225 Franklin Street
> Boston, MA 02110
> Telephone: 617-542-5542
> Fax: 617-542-1542
> e-mail address: rmm@sally-fitch.com

Anthony Anastas, Esquire
April 5, 2005
Page 2

Thank you for your courtesy and attention to this matter.

Very truly yours,

Robert M. Mendillo

RMM/smw

cc:   Kathleen Boyce – Docket Clerk
      Douglas F. Hartman, Esquire