UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEVEN J. KELLEY, as Trustee of
CC Realty Trust,

                    Plaintiff,

v.                                                          **Case No. 05-CV10602MLW**

VERMONT MUTUAL INSURANCE
COMPANY, and C&S INSURANCE
AGENCY, INC.,

                    Defendants.

### NOTICE OF APPEARANCE

To the Clerk of the above-captioned Court:

Please enter the appearance of Alexander Klibaner, of Sally & Fitch LLP, as counsel for the Plaintiff, Steven J. Kelley, as Trustee of CC Realty Trust, in the above-captioned action.

                              STEVEN J. KELLEY, as Trustee of
                              CC Realty Trust,
                              By his attorneys,

                              /s/ Alexander Klibaner
                              Robert M. Mendillo, BBO #342780
                              Alexander Klibaner, BBO #659300
                              Sally & Fitch LLP
                              225 Franklin St., 30th Floor
                              Boston, MA 02110
                              (617) 542-5542

Dated:  June 24, 2005