# United States District Court
# District of Massachusetts

STEVEN J. KELLEY,
    as Trustee of CC Realty Trust,
        Plaintiff,

v.                       CIVIL ACTION NO. 2005-10602-RBC[1]

VERMONT MUTUAL INSURANCE COMPANY,
CC REALTY TRUST,
        Defendants.

## *JUDGMENT*

COLLINGS, U.S.M.J.

The case came on before the Court, the Honorable Robert B. Collings, United States Magistrate Judge, presiding. In accordance with the Memorandum and Order on Plaintiff's Motion to Amend the Complaint and Remand (#7) entered this date allowing the plaintiff to add CC Realty Trust as a party,

---

[1] With the parties' consent this case was referred and reassigned to the undersigned for all purposes, including trial and the entry of judgment, pursuant to 28 U.S.C. §636(c).

IT IS ORDERED AND ADJUDGED:

Judgment remanding this case to the Norfolk Superior Court, Commonwealth of Massachusetts, since with the addition of CC Realty Trust as a party, diversity of citizenship no longer exists, and there is no basis upon which the federal court can assert jurisdiction.

                                        SARAH ALLISON THORNTON
                                        Clerk of Court

                             By: /s/ Kathleen Dolan
                                        Kathleen Dolan
                                        Deputy Clerk

Dated at Boston, Massachusetts
this 15th day of December, 2005.